UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE BLANTON,<br><br>   Plaintiff,<br><br>   v.<br><br>B. MENDOZA, et al.,<br><br>   Defendants. | Case No.: 1:25-cv-00782-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE A PROPERLY COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER, AND TO INCLUDE THE CERTIFICATE PORTION THAT IS TO BE COMPLETED BY AN AUTHORIZED OFFICER OF THE MADERA COUNTY JAIL**<br><br>(Doc. 2)<br><br>**21-DAY DEADLINE** |

Plaintiff Kenneth Wayne Blanton is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.   INTRODUCTION**

Plaintiff initiated this action by filing a complaint with this Court on June 27, 2025, (Doc. 1), and also filed an Application to Proceed In Forma Pauperis by a Prisoner. (Doc. 2.)

**II.   DISCUSSION**

In the application, Plaintiff states he is currently incarcerated, he is not employed, and he does not receive any income from the following sources: business, profession, or other self-employment; rent payments, interest, or dividends; pension, annuity, or life insurance payments;

disability or workers' compensation payments; gifts or inheritances; or any other sources. (Doc. 2 at 1.) Plaintiff states he does not have any cash or a checking or saving account, does not own any automobile, real estate, stock, bond, security, trust, jewelry, artwork, or other financial instrument or thing of value, or other assets. (*Id.* at 2.) He also indicates no other persons are dependent upon him for support. (*Id.*) Plaintiff signed and dated the application on June 21, 2025. (*Id.*)

The certification section is on page two of the application, below Plaintiff's signature. (Doc. 2 at 2 ["Certification Below is to be Completed by Non-CDCR Incarcerated Prisoners Only"].) That section provides that the "Certificate" is "To be completed by the institution of incarceration" and includes a space for the date and "Signature of Authorized Officer" of the non-CDCR facility. (*Id.*) The Certificate asks the "Authorized Officer" to "certify that the applicant" has "the sum of $_____ on account to his/her credit at _____ (name of institution)" and asks the official to provide "the applicant's average monthly balance" and "average monthly deposits" for the previous six months. (*Id.*) The official is also asked to "attach a certified copy of the applicant's trust account statement showing transactions for the past six months." (*Id.*) This section of Plaintiff's application has not been completed.

Because the Certificate portion of Plaintiff's application has not been completed, Plaintiff will be directed to provide a properly completed application within 21 days. Plaintiff must have the bottom portion of page two of the application, under the heading "Certificate," completed by an authorized officer of the Madera County Jail where he is presently incarcerated. Plaintiff may not complete that section himself.

### III.    CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** as follows:

1. The Clerk of the Court is **DIRECTED** to serve Plaintiff with a copy of his original application filed June 27, 2025, (Doc. 2), for ease of reference and as a one-time courtesy, along with a blank Application to Proceed In Forma Pauperis by a Prisoner form, and this Order; and

2. Plaintiff **SHALL** complete a new application form and must ensure the "Certificate"

section on page two of the new form is completed, signed, and dated by an "authorized officer" of the Madera County Jail, **within 21 days** of the date of this Order, before returning the properly completed form to the Court for its further consideration.

**WARNING: A failure to comply with this Order may result in a recommendation that this action be dismissed, without prejudice, for a failure to obey court orders**.

IT IS SO ORDERED.

Dated:   **June 30, 2025**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE