**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH WAYNE BLANTON,<br><br>Plaintiff,<br><br>v.<br><br>B. MENDOZA, et al.,<br><br>Defendants. | Case No.: 1:25-cv-00782 JLT EGC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO STATE A CLAIM, FAILURE TO OBEY COURT ORDERS, AND FAILURE TO PROSECUTE<br><br>(Doc. 12) |

Kenneth Wayne Blanton seeks to hold defendants liable for violations of his civil rights action pursuant to 42 U.S.C. § 1983. The assigned magistrate judge issued Findings and Recommendations to dismiss this action without prejudice for plaintiff's failure to state a claim, failure to comply with Court orders, and failure to prosecute. (Doc. 12.) The Court served the findings and recommendations on Plaintiff, informed him that objections were due within 14 days, and advised that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 10-11, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). No objections have been filed and the time to do has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 15, 2026 (Doc. 12) are

ADOPTED in full.

2. This action is **DISMISSED** without prejudice for plaintiff's failure to state a claim upon which relief can be granted, failure to obey orders, and failure to prosecute.

3. The Clerk of the Court shall terminate any pending motions and/or deadlines and close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2026**

UNITED STATES DISTRICT JUDGE

2